People v McKeown (2018 NY Slip Op 03205)





People v McKeown


2018 NY Slip Op 03205


Decided on May 3, 2018


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on May 3, 2018

Acosta, P.J., Friedman, Manzanet-Daniels, Kapnick, Kern, JJ.


6452 4039/14

[*1]The People of the State of New York, Respondent,
v
Jaime McKeown, Defendant-Appellant.


Robert S. Dean, Center for Appellate Litigation, New York (Jan Hoth of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (Hope Korenstein of counsel), for respondent.



Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered January 27, 2016, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him to time served and five years' probation, unanimously affirmed.
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. We note that the victim's testimony was corroborated by neutral witnesses. The evidence supports conclusions that defendant hit the victim on the head with a frying pan, and that the blow
caused substantial pain (see People v Chiddick, 8 NY3d 445, 447 [2007]; People v Guidice, 83 NY2d 630, 636 [1994]), as well as a concussion resulting in an impairment of her physical condition.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: MAY 3, 2018
CLERK